**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6989

CHARLES KEVIN BRUCE TYSON, a/k/a Charles Tyson,

                Plaintiff – Appellant,

        v.

ALAN WILSON, Attorney General SC,

                Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge. (6:16-cv-01232-DCN)

Submitted:  December 15, 2016        Decided:  December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Kevin Bruce Tyson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Kevin Bruce Tyson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tyson v. Wilson, No. 6:16-cv-01232-DCN (D.S.C. June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2